NICHOLAS SAPARA, Appellant-Respondent, v. A. LA SALA & BROS. INC., Respondent, and LAJAY ESTATES, INC., Defendant-Appellant.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.